# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**MANUEL A. MONGE,**
          **Plaintiff,**

    **v.**                                **Case No. 14-CV-0684**

**LORI DOEHLING,**
**CHARLES HUIBREGTSE,**
**ROBERT RHODES**
**JANE/JOHN DOE**
**HSU DEPARTMENT,**
             **Defendants,**

---

## DECISION AND ORDER

Plaintiff, Manuel A. Monge, filed a complaint under 42 U.S.C. § 1983 on June 12, 2014, along with a motion for leave to proceed in forma pauperis and a motion to appoint counsel. Plaintiff also has filed a motion to add party, a motion to change the order in the way the plaintiff is suing the defendants, a motion to subpoena video footage, and a motion for voluntary dismissal. In his motion for voluntary dismissal, plaintiff asks that his claims be dismissed without prejudice so that they may be refiled at a later date. He also asks the court to return to him by mail his complaint and a brief of facts he filed on July 18, 2014. Although plaintiff has already paid his initial partial filing fee and this case is ready for screening, I will grant plaintiff's motion for voluntary dismissal. See Fed. R. Civ. P. 41(a)(1).

**THEREFORE, IT IS ORDERED** that plaintiff's motion for voluntary dismissal (Docket #13) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall return to plaintiff by mail the original documents docketed at Docket #1 and Docket #10.

**IT IS FURTHER ORDERED** that the Clerk of Court terminate plaintiff's other motions and close this case.

Dated at Milwaukee, Wisconsin, this 18th day of September, 2014.

s/ Lynn Adelman

_____
LYNN ADELMAN
District Judge